1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON RANCHERIA, CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITE HERE,<br><br>　　　　　Defendant. | Case No. 2:25-cv-02413-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE**<br><br>Mot. To Vacate Filed: August 22, 2025 |

**ORDER**

Pursuant to the Parties' Stipulation to Set Briefing Schedule ("Stipulation"), IT IS SO ORDERED:

(1) The Stipulation is GRANTED;

(2) Plaintiff Wilton Rancheria, California ("Plaintiff") and Defendant UNITE HERE ("Defendant") shall complete their meet and confer efforts by October 9, 2025;

(3) Defendant shall have up to and including October 23, 2025 to file and serve its opposition to Plaintiff's Motion to Vacate Arbitration Award;

(4) Plaintiff shall have up to and including November 2, 2025, to file and serve its reply to the Motion to Vacate Arbitration Award;

(5) The Motion to Vacate Arbitration Award and Defendant's forthcoming Motion to Confirm the Arbitration Award are set for hearing on December 4, 2025 at 1:30 PM.

Dated: September 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE