Shaneeda Jaffer (CA 253449)
Carlo Lipson (CA 351153)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:  628.600.2250
Facsimile:   628.221.5828
sjaffer@beneschlaw.com
clipson@beneschlaw.com

Attorneys for Plaintiff
WILTON RANCHERIA, CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON RANCHERIA, CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITE HERE,<br><br>　　　　　Defendant. | Case No. 2:25-cv-02413-DJC-SCR<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE (FIRST MODIFICATION)**<br><br>Mot. To Vacate Filed: August 22, 2025 |

TO THE HONORABLE COURT:

Plaintiff Wilton Rancheria, California ("Plaintiff") and Defendant UNITE HERE ("Defendant") (collectively, the "Parties"), by and through their respective counsel, previously stipulated to a briefing schedule on September 17, 2025. The Parties now seek to modify the schedule as follows:

1. WHEREAS, on August 22, 2025, Plaintiff filed the Notice of Motion and Motion to Vacate Arbitration Award, and the Memorandum of Points and Authorities in Support Thereof (ECF No. 1) (the "Motion") as the initial pleading in this case;

2. WHEREAS, the Parties previously agreed on a briefing schedule for the Motion as follows: Defendant will file its Opposition to the Motion by October 23, 2025, and Plaintiff will file its Reply to the Motion by November 2, 2025;

3. WHEREAS, Defendant also confirmed its intention to file a motion to confirm the arbitration award ("Motion to Confirm"), but no briefing schedule was established for that motion;

4. WHEREAS, the Parties agreed on a December 4, 2025 hearing date for both the Motion and Defendant's motion to confirm the arbitration award (collectively, the "Motions");

5. WHEREAS, after agreeing on the briefing schedule and hearing date, the Ninth Circuit Court of Appeals, in a separate matter involving the Parties, set that matter for oral argument in San Francisco, California, on December 4, 2025;

6. WHEREAS, Defendant has filed both its opposition to the Motion to Vacate Arbitration Award and Motion to Confirm Arbitration Award and Compel Interest Arbitration on October 20, 2025, resulting in Plaintiff's Reply on the former and Opposition on the latter being due on the same date;

7. WHEREAS, the Parties met and conferred and agreed to continue the hearing on the Motions from December 4, 2025 to January 8, 2026, and confirmed that Plaintiff's Reply on the Motion shall be due November 3, 2025 (since the date previously agreed to—November 2, 2025—is a Sunday);

8. WHEREAS, the Parties agreed on the following briefing schedule on Defendant's October 20, 2025 Motion to Confirm: the Opposition to the Motion to Confirm shall be filed by November 12, 2025 and the Reply to the Opposition to the Motion to Confirm shall be filed by November 24, 2025.

9. WHEREAS, this is the first modification in this case. Good cause exists for the modification in light of the date set for the Ninth Circuit oral argument and to allow sufficient time for the

1

**JOINT STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE (FIRST MODIFICATION)**
Case No. 2:25-cv-02413-DJC-SCR

briefing. The Parties have not previously requested any continuances or extensions of time.

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff Wilton Rancheria, California and Defendant UNITE HERE, through their respective counsel, that Plaintiff shall have up to and including November 3, 2025 to file and serve its reply to Defendant's opposition to the Motion to Vacate, that Plaintiff shall have up to and including November 12, 2025 to file and serve its opposition to the Motion to Confirm Arbitration Award and Compel Interest Arbitration, that Defendant shall have up to and including November 24, 2025 to file and serve its reply to Plaintiff's opposition to the Motion to Confirm Arbitration Award and Compel Interest Arbitration, and that the hearing on both Motions shall be held on January 8, 2026.

Dated: October 30, 2025

Respectfully submitted,

s/ Shaneeda Jaffer
SHANEEDA JAFFER (CA 253449)
CARLO LIPSON (CA 351153)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
Email: sjaffer@beneschlaw.com
        clipson@beneschlaw.com

Attorneys for Plaintiff
WILTON RANCHERIA, CALIFORNIA

Dated: October 30, 2025

s/ Kristin L. Martin (as authorized on 10/30/25)
KRISTIN L. MARTIN
McCracken, Stemerman & Holsberry, LLP
475 14th Street, Suite 1200
Oakland, CA 94612
Telephone: 415.597.7200
Email: klm@msh.law

Attorneys for Defendant
UNITE HERE