IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON RANCHERIA, CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITE HERE,<br><br>  Defendant. | Case No. 2:25-cv-02413-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE (FIRST MODIFICATION)**<br><br>Mot. To Vacate Filed: August 22, 2025 |

**ORDER**

Pursuant to the Parties' Stipulation to Continue Hearing and Modify Briefing Schedule ("Stipulation"), IT IS SO ORDERED:

(1) The Stipulation is GRANTED;

(2) Plaintiff Wilton Rancheria, California ("Plaintiff") shall have up to and including November 3, 2025 to file and serve its reply to the Opposition to the Motion to Vacate Arbitration Award;

(3) Plaintiff shall have up to and including November 12, 2025 to file and serve its opposition to the Motion to Confirm Arbitration Award and Compel Interest Arbitration;

(4) UNITE HERE ("Defendant") shall have up to and including November 24, 2025 to file and serve its reply to Plaintiff's Opposition to the Motion to Confirm Arbitration Award and Compel Interest Arbitration;

(5) The Motion to Vacate Arbitration Award and Defendant's Motion to Confirm the Arbitration Award and Compel Interest Arbitration are set for hearing on January 8, 2026, at 1:30 PM.

Dated: November 3, 2025

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
United States District Court Judge